Submitted on briefs and record March 31, reversed and remanded for new trial
April 21, 1999

## STATE OF OREGON,
*Respondent,*

*v.*

## CHRISTINE MICHELLE RICE,
*Appellant.*

## (9705-33976; CA A101137)

979 P2d 312

Louis R. Miles, Deputy Public Defender, filed the brief for appellant. With him on the brief was David E. Groom, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Deits, Chief Judge, and Armstrong, Judge.

PER CURIAM

**PER CURIAM**

Defendant appeals her convictions in a trial to the court for possession of a controlled substance and tampering with physical evidence. The state concedes that we must reverse the convictions because the record does not contain a written waiver of defendant's right to a jury trial. Or Const, Art I, § 11; ORS 136.001; *State v. Taxon*, 142 Or App 484, 920 P2d 567 (1996). We agree.

Defendant also argues that the trial court should have granted her motion for judgment of acquittal on the charge of tampering with physical evidence on the ground that there was insufficient evidence to justify a conviction. We conclude that the evidence was sufficient and that the trial court correctly denied the motion.

Reversed and remanded for new trial.